# IN THE SUPREME COURT OF THE STATE OF NEVADA

KORI LOVETT CAGE,
              Appellant,
vs.
MALIKA COPPEDGE,
              Respondent.

No. 82333

FILED

APR 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion to modify child support. Eighth Judicial District Court, Family Court Division, Clark County; Dedree Butler, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears the notice of appeal was filed more than 30 days after service of written notice of entry of the challenged order. *See* NRAP 4(a)(1); NRAP 26(c). The order was entered on November 19, 2020, and written notice of entry was filed and served on appellant on November 30, 2020. The notice of appeal was not filed until January 7, 2021, after the expiration of the 30 days permitted by NRAP 4(a)(1). Accordingly, the notice of appeal was untimely filed; this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-10137

cc: Hon. Dedree Butler, District Judge, Family Court Division
Kori Lovett Cage
Ghandi Deeter Blackham
Eighth District Court Clerk